Motion for reargument denied.   [See 304 N. Y. 937; 307 N. Y. 701.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR G. MARSH, Respondent, against WALTER B. MARTIN, as Warden of Attica State Prison, Appellant.

Submitted July 14, 1954; decided July 14, 1954.

*Arthur G. Marsh,* relator in person, for motion.

*Nathaniel L. Goldstein, Attorney-General (J. Bruce Mac-Donald* of counsel), opposed.

Motion denied.